IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN L. JONES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 10-4194 |
| | : | |
| **MICHAEL J. ASTRUE** | : | |
| **Commissioner of** | : | |
| **Social Security** | : | |

### ORDER

**AND NOW**, this 10th day of July, 2012, upon consideration of the Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Document No. 20) and the defendant's response, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. The plaintiff is awarded attorney's fees in the amount of $5, 493.25, pursuant to the Equal Access to Justice Act; and

2. The award shall be payable to the plaintiff and delivered to plaintiff's attorney.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.